No. 85–6197.  SMITH v. DeBARTOLI.  C. A. 7th Cir.  Certiorari denied.

No. 85–6201.  PRANTIL v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 85–6208.  BORGE v. BOYS AND GIRLS CLUBS OF GREATER WASHINGTON.  C. A. D. C. Cir.  Certiorari denied.

No. 85–6211.  MOORE v. WELLS, SUPERINTENDENT, MUSKEGON CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 85–6212.  SMIGA v. DEAN WITTER REYNOLDS, INC.  C. A. 2d Cir.  Certiorari denied.

No. 85–6215.  BRENNAN v. HABERSHAW ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 85–6218.  GASPARD v. TRANSWORLD DRILLING CO.  Sup. Ct. La.  Certiorari denied.

No. 85–6231.  SOMMER v. CLINTON COUNTY SUPREME COURT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85–6237.  TOMAS ET AL. v. ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 85–6239.  ROBERTS v. DILL.  C. A. 8th Cir.  Certiorari denied.

No. 85–6242.  HOWARD v. DAVIS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 85–6246.  WILLIAMS v. STATE AUTOMOBILE MUTUAL INSURANCE CO.  Ct. App. Ohio, Lawrence County.  Certiorari denied.

No. 85–6247.  McGEE v. SCREW CONVEYOR CORPORATION OF WINONA, MISSISSIPPI.  C. A. 5th Cir.  Certiorari denied.